# CERTIFICATE OF SERVICE OF PROCESS

Case Number: 19-02025

I, __Jon P. Newton__ (name), certify that service of this summons and a copy of the complaint was made __October 4, 2019__ (date) by (check one):

☒ **Mail service:** Regular, First Class United States mail, postage fully pre-paid, addressed to:
James R. Barnes, 145 Deercliff Road, Avon, CT 06001

☐ **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

☐ **Residence Service:** By leaving the process with the following adult at:

☐ **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

☐ **Publication:** The defendant was served as follows:

☐ **State Law:** The defendant was served pursuant to the laws of the State of _____, as follows:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

| | |
|---|---|
| October 4, 2019 | _[signature]_ |
| Date | Signature |
| | Jon P. Newton |
| | Print Name |
| | Reid and Riege, P.C. |
| | Business Address |
| | One Financial Plaza |
| | City/State/Zip |
| | Hartford, CT 06103 |

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
October 4, 2019

In re:
    Donna J. Barnes

                      Debtor*

Case Number: 19−20400 jjt
Chapter: 11

Donna J. Barnes
                      Plaintiff(s)
v.

James R. Barnes
                      Defendant(s)

Adversary Proceeding
No.: 19−02025 jjt

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the Clerk of the Bankruptcy Court at the address in the lower left corner of this Summons within 30 days after the issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Jon P. Newton
> Reid and Riege PC
> One Financial Plaza
> Hartford, CT 06103

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a Pretrial Conference of the proceeding commenced by the filing of the complaint will be held at:

> **United States Bankruptcy Court**
> **450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103**
> **at**
> **11:00 AM on December 12, 2019**

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date of Issuance: October 4, 2019

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 115 −