# United States Bankruptcy Court
## District of Connecticut



Filed and Entered
On Docket
November 18, 2019

In re:
    Donna J. Barnes
                      Debtor*

Case Number: 19–20400 jjt
Chapter: 11

Donna J. Barnes
                      Plaintiff(s)
v.
James R. Barnes et al.
                      Defendant(s)

Adversary Proceeding
No.: 19–02025 jjt

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Hearing will be held at **450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103** on **December 12, 2019** at **03:00 PM** to consider and act upon the following matter(s):

    **Motion to Dismiss Adversary Proceeding Filed by Gary M. Weiner on behalf of Reinhart Foodservice, LLC, Defendant (Re: Doc #17)**

    **Motion to Dismiss Adversary Proceeding as to Defendant LH VT House, LLC Filed by Scott D. Rosen on behalf of LH VT House, LLC, Defendant (Re: Doc #18)**

**TO THE FILING PARTY:** If the you or your attorney fail to participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: November 18, 2019

For the Court

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – lbw