UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| DONNA J. BARNES, ) | Case No. 19-20400 |
| ) | |
| Debtor ) | |
| DONNA J. BARNES, ) | Adv. Proc. No. 19-02025 |
| ) | |
| Plaintiff ) | |
| v. ) | |
| ) | RE: ECF No. 23 |
| JAMES R. BARNES, ) | |
| UBS BANK, USA, ) | |
| SHEM CREEK HAYSTACK, LLC, ) | |
| RTM CAPITAL PARTNERS, INC., ) | |
| LPV-15, HERMITAGE, LLC, ) | |
| MATTHEW CURTIS, ) | |
| DANIEL SOLAZ, ) | |
| REINHART FOODSERVICE, LLC, ) | |
| MARK BRETT, ) | |
| LH VT HOUSE, LLC, ) | |
| ) | |
| Defendants ) | |

**ORDER GRANTING EX PARTE MOTION FOR EXTENSION OF DEADLINES IN SCHEDULING ORDER**

Upon consideration of the Ex Parte Motion for Extension of Deadlines in Scheduling Order (the "Motion") filed by Donna J. Barnes, debtor and debtor-in-possession (the "Debtor"), by and through her counsel, Reid and Riege, P.C., and it appearing to the Court that just cause exists to grant the Motion, and upon the consent of the appearing parties in this adversary proceeding, it is hereby:

ORDERED, that the Motion is granted; and it is further

ORDERED, that, pursuant to the Motion, the deadline for any party to submit a response to the motions to dismiss filed in this adversary proceeding shall be, and hereby is, extended

-2-

from November 25, 2019 to November 27, 2019, and the deadline for a party to submit a sur-reply thereto is extended from December 3, 2019 to December 5, 2019.

Dated at Hartford, Connecticut this 25th day of November, 2019.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut