# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF CONNECTICUT
# HARTFORD DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| DONNA J. BARNES, ) | Case No. 19-20400 |
| ) | |
|    Debtor. ) | |
| ) | |
| ) | |
| DONNA J. BARNES, ) | |
| ) | Adv. Proc. No. 19-02025 |
|    Plaintiff ) | |
|    v. ) | |
| ) | |
| JAMES R. BARNES, ) | |
| UBS BANK, USA, ) | |
| SHEM CREEK HAYSTACK, LLC ) | |
| RTM CAPITAL PARTNERS, INC., ) | |
| LPV, 15-HERMITAGE, LLC, ) | |
| MATTHEW CURTIS, ) | |
| DANIAL SOLAZ, ) | |
| REINHART FOODSERVICE, LLC, ) | |
| MARK BRETT, ) | |
| LH VT HOUSE, LLC, ) | |
| ) | |
|    Defendants ) | March 31, 2020 |
| ) | |

**RTM CAPITAL PARTNERS, INC., LPV, 15-HERMITAGE, LLC,
AND MATTHEW CURTIS' UPDATED EXHIBIT LIST**

     Defendants RTM Capital Partners, Inc., LPV, 15-Hermitage, LLC and Matthew Curtis (the "RTM Parties") respectfully submit this updated exhibit list for the adversary proceeding trial scheduled for April 3, 2020. The RTM Parties have simply added one additional exhibit as Exhibit 10, Exhibits 1-9 are those previously disclosed and filed at E.C.F. # 93.

2401917

## WITNESSES

The RTM Parties did not initially plan to call witnesses at trial, but to simply reserve the right to call witnesses listed by other parties, rebuttal witnesses and/or other witnesses responsive to new issues raised by the parties. Given that LH VT House, LLC indicated for the first time yesterday that it seeks to call valuation witnesses, the RTM Parties may call a responsive witness in the event the Court admits that testimony:

1. David W. Widmann and/or another appropriate representative of Sweeney Real Estate & Appraisal.

## EXHIBITS

1. RTM Parties Writ of Execution – Goods, Chattels and Real Estate.
2. Appraisal of Real Property (may be supplemented).
3. Tax statement from Westerly Tax Collector.
4. Westerly Tax Assessment Record.
5. Shem Creek responses to Requests for Admission.
6. Reinhart Foodservice, LLC responses to Requests for Admission.
7. Requests for Admission to LH VT House LLC.
8. Interrogatories to LH VT House LLC.
9. Requests for Production to LH VT House LLC.
10. Appraisal of Real Property as of March 28, 2020.

DEFENDANTS,
RTM CAPITAL PARTNERS, INC.;
LPV, 15-HERMITAGE, LLC; and
MATTHEW CURTIS

By: */s/ Kevin J. McEleney*
    Kevin J. McEleney (ct27673)
    Updike, Kelly & Spellacy, P.C.
    100 Pearl Street, PO Box 231277
    Hartford, CT 06123
    Tel.: (860) 548-2600
    Fax: (860) 548-2680
    kmceleney@uks.com
    *Their Attorneys*

2401917